# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| BRIDGET MARTIN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FCA US, LLC, a Delaware Limited Liability Company; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 3:18-cv-01654-WQH-BLM<br><br>[Removed from San Diego Superior Court, Case No. 37-2018-00028058-CU-BC-CTL]<br><br>**ORDER RE DISMISSAL WITH PREJUDICE**<br><br>*Assigned for all purposes to Hon. William Q. Hayes in Dept. 14B* |

1 <u>**ORDER**</u>

2 IT IS ORDERED that this case is dismissed.

3 Dated: October 28, 2019

*[signature]*

4 Hon. William Q. Hayes
United States District Court